



★ ★ ★        ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00267-CV

Leonardo **SANTOYA,** Jr.,
Appellant

v.

Blanca **SANTOYA,**
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 09-10-00353-CVF
Honorable Donna S. Rayes, Judge Presiding

PER CURIAM

Sitting:       Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice
               Steven C. Hilbig, Justice

Delivered and Filed: July 14, 2010

DISMISSED

Appellant's brief, which was due on April 30, 2010, has not been filed. On May 21, 2010, this court ordered appellant to show cause in writing by June 21, 2010, why this appeal should not be dismissed for want of prosecution. Appellant did not respond. The appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). Costs of appeal are taxed against appellant.

PER CURIAM